# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 7, 2019

*Adjourned to Tuesday December 17, 2019, at 4:30PM.*

*SO ORDERED.*

*6/8/19.*  /s/ John G. Koeltl
                   USDJ

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

       **Re:**    **Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.**
             **Case 1:19-cv-05643-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter. 11/12/2019 at

The Initial Pretrial Conference in this matter is currently scheduled for November 12, 2019 at 4:30 p.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 9 and D.E. 10], have not yet appeared in this matter. The undersigned counsel has undertaken the additional effort to send follow-up correspondence by courier to the subject facility location in order to facilitate contact from defendants. In order, therefore, to afford the parties additional time for the defendant to appear, a 30-day adjournment of the Conference is hereby respectfully requested to early December, or any other date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

                              Sincerely,

                              By: /S/ B. Bradley Weitz
                                 B. Bradley Weitz, Esq. (BW9365)
                                 THE WEITZ LAW FIRM, P.A.
                                 Attorney for Plaintiff
                                 Bank of America Building
                                 18305 Biscayne Blvd., Suite 214
                                 Aventura, Florida 33160
                                 Telephone: (305) 949-7777
                                 Facsimile: (305) 704-3877
                                 Email: bbw@weitzfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-12-19__