# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 11, 2019

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

*[Handwritten note: CONFERENCE ADJOURNED FROM TUESDAY, DECEMBER 17, 2019, TO TUESDAY, FEBRUARY 4, 2020, AT 4:30PM. SO ORDERED. 12/12/19. /s/ John Koeltl USDJ]*

Re:   Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.
      Case 1:19-cv-05643-JGK

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for November 12, 2019 at 4:30 p.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 9 and D.E. 10], have not yet appeared in this matter. The undersigned counsel has undertaken the additional effort to send follow-up correspondence by Federal Express to the subject facility and corporate locations in order to facilitate contact from defendants. In order, therefore, to afford the parties additional time for the defendant to appear, a 30-day adjournment of the Conference is hereby respectfully requested to mid-January, or any other date most convenient to this Honorable Court.

Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-13-19