# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 28, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

*[Handwritten: Conference adjourned to 3/10/20 at 4:30 P.M. So ordered. 1/28/20 /s/ John G. Koeltl, U.S.D.J.]*

      Re:    **Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.**
            **Case 1:19-cv-05643-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for February 4, 2020 at 4:30 p.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 9 and D.E. 10], have not yet appeared in this matter. The undersigned counsel has undertaken the additional effort to send follow-up correspondence to the subject facility and corporate locations in order to facilitate contact from defendants. In order, therefore, to afford the parties additional time for the defendant to appear, a 30-day adjournment of the Conference is hereby respectfully requested to early March, or any other date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

                                      Sincerely,

                                      By: /S/ B. Bradley Weitz
                                          B. Bradley Weitz, Esq. (BW9365)
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
FILED: 1-29-20