# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 2, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

> The conference is adjourned to March 16, 2020 at 4:30 PM.
> SO ORDERED
>
> March 3, 2020
> New York, NY     George Daniels, U.S.D.J., Part I

      **Re:**    **Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.**
             **Case 1:19-cv-05643-JGK**

Dear Judge Koeltl:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Initial Pretrial Conference in this matter is currently scheduled for March 10, 2020 at 4:30 p.m., in your Honor's Courtroom. However, said Conference date is on the same day on which the Jewish holiday of Purim falls and Plaintiff's counsel (who is observant) will be unable to attend, as he will be observing said holiday. Therefore, Plaintiff's undersigned counsel hereby respectfully requests an adjournment of said Conference for three weeks or any other date which is most convenient to the Court.

    This is the undersigned counsel's fifth request for adjournment. Thank you for your consideration of this adjournment request.

                             Sincerely,

                             By: /S/ B. Bradley Weitz
                                 B. Bradley Weitz, Esq. (BW 9365)
                                 THE WEITZ LAW FIRM, P.A.
                                 Attorney for Plaintiff
                                 Bank of America Building
                                 18305 Biscayne Blvd., Suite 214
                                 Aventura, Florida 33160
                                 Telephone: (305) 949-7777
                                 Facsimile: (305) 704-3877
                                 Email: bbw@weitzfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-4-20