# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 11, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

*ADJOURNED TO MONEY,*
*APRIL 27, 2020, AT 4:30PM.*
*SO ORDERED*
*3/12/20  [signature]  USDJ*

Re:   Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.
      Case 1:19-cv-05643-JGK

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned matter.

The Initial Pretrial Conference in this matter is currently scheduled for March 16, 2020 at 4:30 p.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 9 and D.E. 10], have not yet appeared in this matter. The undersigned counsel has undertaken the additional effort to send follow-up correspondence to the subject facility and corporate locations in order to facilitate contact from defendants. In order to afford the parties additional time for the defendant to appear, a 30-day adjournment of the Conference is hereby respectfully requested to April, to a date most convenient to this Honorable Court.

This is the undersigned counsel's sixth request for adjournment. Thank you for your consideration of this adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-13-20