# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

April 20, 2020

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

> The conference is adjourned to May 28, 2020 at 4:30 PM.
> SO ORDERED.
>
> New York, NY      /s/ John G. Koeltl
> April 21, 2020    John G. Koeltl, U.S.D.J.

      Re:    Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.
                Case 1:19-cv-05643-JGK

Dear Judge Koeltl:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Initial Pretrial Conference in this matter is currently scheduled for April 27, 2020 at 4:30 p.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 9 and D.E. 10], have not yet appeared in this matter. The undersigned counsel has undertaken the additional effort to send follow-up correspondence to the subject facility and corporate locations in order to facilitate contact from defendants. In order to afford the parties additional time for the defendant to appear, a 30-day adjournment of the Conference is hereby respectfully requested to May, to a date convenient to this Honorable Court.

    This is the undersigned counsel's seventh request for adjournment. Thank you for your consideration of this adjournment request.

                              Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW 9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com