# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

June 12, 2020

> If the defendants fail to respond to the amended complaint within the time provided by the Federal Rules of Civil Procedure, the plaintiff should move by an order to show cause for a default judgment or the Court will dismiss the case without prejudice.
> SO ORDERED.
> New York, NY              /s/ John G. Koeltl
> June 15, 2020          John G. Koeltl, U.S.D.J.

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 14A
New York, NY 10007

  Re: Velasquez v. New Red Star, Inc., d/b/a Red Star Restaurant, et al.
     Case 1:19-cv-05643-JGK

Dear Judge Koeltl:

  The undersigned represents the Plaintiff in the above-captioned matter.

  Pursuant to Order [D.E. 28], dated May 20, 2020, the Plaintiff should show cause by letter why this case should not be dismissed without prejudice for failure to prosecute. The Order was granted an extension, per Order [D.E. 30], dated May 26, 2020, extending the time to respond to June 12, 2020. As such, Plaintiff advises the Court as follows:

  The Plaintiff recently filed an Amended Complaint [D.E. 33], correcting Tenant Defendant, as stated in the original Complaint. The Amended Complaint thereby corrected the Tenant Defendant and incorporated a new Defendant, Red Star 888 Inc., a New York corporation, into this lawsuit.

  The undersigned, therefore, respectfully requests a stay of the Show Cause Order for failure to prosecute, in this case, in order to allow time for the new Tenant Defendant and the Landlord Defendant to be served and to respond to Plaintiff's Amended Complaint. Moreover, to allow also for the COVID-19 lockdown to ease and the prospect of Defendants to be able make their appearance. Thank you for your attention to this matter.

         Sincerely,

         By: /S/ B. Bradley Weitz
          B. Bradley Weitz, Esq. (BW9365)
          THE WEITZ LAW FIRM, P.A.
          Attorney for Plaintiff
          Bank of America Building
          18305 Biscayne Blvd., Suite 214
          Aventura, Florida 33160
          Telephone: (305) 949-7777
          Facsimile: (305) 704-3877
          Email: bbw@weitzfirm.com