```
United States District Court
Southern District of New York
```
―――――――――――――――――――――――――――――

**RICARDO VELASQUEZ,**

                Plaintiff,        19-cv-5643 (JGK)

   - against -                  <u>ORDER</u>

**RED STAR 888 INC. ET AL.,**

                Defendants.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The plaintiff should file an Order To Show Cause for a default judgment by September 4, 2020, or the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 24, 2020**           _____/s/ John G. Koeltl_____
                                                              **John G. Koeltl**
                                                     **United States District Judge**