UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

VELASQUEZ,

                    Plaintiff,

       - against -

RED STAR 888, ET AL.,

                    Defendants.
────────────────────────────────────

19-cv-5643 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

It having been reported to this Court that the parties have settled this action, it is, on this 18th day of December, 2020, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, on or before February 18, 2021, solely on the grounds that the Defendant/Landlord has defaulted under the payment terms of the settlement agreement, in which event the action will be restored.

Any application to reopen must be filed on or before February 18, 2021; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same period period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain

jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot.  All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:**     **New York, New York**
          **December 21, 2020**

                          **/s/ John G. Koeltl**
                    _____
                         **John G. Koeltl**
                  **United States District Judge**